UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                    CRIMINAL NO. 20-20619

v.                                                HON. ROBERT CLELAND

JUAN RODRIGUEZ-TAPIA

                    Defendant.
_____/

### ORDER RELEASING DEFENDANT FROM THE CUSTODY OF THE UNITED STATES MARSHAL

On February 10, 2021 the defendant appeared before this Court with counsel for a plea and sentencing.  The defendant was sentenced to TIME SERVED  because the defendant is subject to deportation; therefore,

IT IS HEREBY ORDERED that the defendant is to be released from the custody of the United States Marshal into the custody of the U.S. Immigration and Customs Enforcement ("ICE") for immediate deportation.

IT IS FURTHER ORDERED that the Judgment and Commitment Order will be served on ICE for service on the defendant.

                              s/Robert H. Cleland_____
Dated:  February 10, 2021     United States District Court Judge

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and the U.S. Immigration and Customs Enforcement Agency on February 10, 2021, by electronic and/or U.S. mail.

                              s/Lisa Wagner_____
                              Case Manager, (810) 292-6522